FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTHUR FRANK CARDENAS,<br>JACENIR AMEZCUA DASILVA, and<br>JOSHUA ISAAC STINE,<br><br>    Defendants. | No. 2:24-CR-00056-SAB<br><br>**ORDER DISMISSING INDICTMENT** |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 52. A hearing was held on the motion on November 14, 2024, in Spokane, Washington. Defendants were present in the custody of the U.S. Marshals Service. Defendant Cardenas was represented by Matthew McHenry, who appeared by telephone. Defendant DaSilva was represented by David Partovi. Defendant Stine was represented by Dustin Marcello. The United States was represented by Lisa Cartier-Giroux, substituting for Caitlan Baunsgard.

The United States asked to dismiss the Indictment filed in the above-captioned case because the conduct alleged is now encompassed in the Superseding Indictment in 1:24-CR-2027-SAB. Defendants did not object. This Order memorializes the Court's oral ruling.

//

**ORDER DISMISSING INDICTMENT** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss Indictment, ECF No. 52, is **GRANTED**.

2. The Indictment filed in the above-captioned case, ECF No. 1, is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 14th day of November 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT ~ 2**